Docket and File

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rafael Arden Jones Sr

Suit in Business & Personal Capacity

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

-against-

New York Health and Hospitals (City)
Police officer Holman working 10006 area
Police officer Holman working 10006 area
Police officer Coleman working 10006 area
Police officer Benetec working 10006 area
Police officer Millie working 10006 area
"Jan Doe" psychiatrist working for HHC
"Both John Doe" Drivers for A029 BLS Ambulance Service

Jury Trial: ☐ Yes ☐ No
(check one)

16 Civ. 0556 (AJN)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

2016 MAR 21 AM 9:09  S.D. OF N.Y.  SDNY PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's Name Rafael Arden Jones Sr
ID# ~~[scribbled out]~~ - N/A
Current Institution FREE #2254 #761 thru #769
Address 12 West 129th Street Room #19 New York, New York 10027-2203

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name Police officer Holman Shield # "ukn"
Where Currently Employed New York, New York 10006
Address Unknown

Rev. 01/2010                     1

Defendant No. 2    Name POLICE OFFICER Holman   Shield # "unkn"
                   Where Currently Employed NEW YORK, NEW YORK 10006
                   Address "unknown"

Defendant No. 3    Name POLICE OFFICER Benetec   Shield # "unkn"
                   Where Currently Employed NEW YORK, NEW YORK 10006
                   Address "unknown"

<div style="float:left">Who did what?</div>

Defendant No. 4    Name POLICE OFFICER Coleman   Shield # "unknown"
                   Where Currently Employed NEW YORK, NEW YORK 10006
                   Address "unknown"

Defendant No. 5    Name POLICE OFFICER Millie   Shield # "unknown"
                   Where Currently Employed NEW YORK, NEW YORK 10006
                   Address "unknown"

Defendant #6 NEW YORK City Health and Hospitals, 125 Worth St, NEW YORK, NEW YORK 10013 "Jane Doe" psyciatrist Asian Decent.

II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
Services For The Under Served 39 Broadway 11th Floor Suite 1140, New York, New York 10006 Hallway.

B.    Where in the institution did the events giving rise to your claim(s) occur?
In the Hallway about 1:00 pm to 1:30 pm Jan. 14th, 2016

C.    What date and approximate time did the events giving rise to your claim(s) occur?
On Jan. 14th, 2016 In the Hallway of 39 Broadway, 11th Floor outside Suite 1140, New York, New York 10006 while Talking to Adam Wawrynek of S.U.S.

D.    Facts: I came into Services For the Under Served office on Jan. 14th, 2016, And Registered A Complaint Several Services they were extending to some of the Veterans, But Denying them to other veterans.

<div style="float:left">What happened to you?</div>

*Rev. 01/2010*                                                                 2

"As I was explaining to Adam Wawrynek that a previledge isn't something that can be afforded to some and not all", He asked me to step out into the Hallway, to discuss it. We were in the Hallway about 20 minutes total. "But" we came to an agreement in Five minutes, so we were just leaning against the wall in the Hallway talking in general. "Basically chillin". At the end of that 20 minute time span, the Elevator opened, At which time Five Police got off the Elevator, At which time the webbed me in excluding Adam "Id". They asked him was their a problem (Adam) and then asked him did he call them? At which time Adam stated "No". And told them He didn't call them. By that time All the Employees from SUS "Id" was in the Hallway. The Officers Asked them did they call. All Responded "No" and stated "Non of them called." At which time I began using my cellphone to tape the conversations.

**Was anyone else involved?**

**Who else saw what happened?**

Page 1 of 6 " Complaint Continued on Add on sheets"

### III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Intentional Infliction of Emotional Distress. When An African American male asserts that he has Rights, and Request for those liberties provided by local, state, and Federal laws be observed the Police Dept Officers and their Institutional Arms attempts to profile us as a Drug Addict, mentally Insane or A Criminal. Hanging Badges of Slavery on us in Violation of Lochner v. New York 198 US 45 (1905)

### IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No  N/A

PAGE # 2 OF 6

"Complaint Continued"

At which time I asked all five defendants was I under arrest. They all stated "no", "next" I said then I free to go. They told me "no", still having me wedged in, in a half moon formation while I'm against the wall facing them.

"Next", I asked Holman and Benetec if I'm not under arrest then I'm free to go. They both stated no again "next", they stated that I'm under investigation. I then asked them for what? I received no response.

I then gave them my state identification. I knew I didn't have any warrents or wanteds in the Continental U.S. or elsewhere.

One ran my name then said "Yeah" Bellvue unquote!

At which time I told them I didn't need any medical treatment, and my right I can deny it.

Two seconds latter the elevator opened and "John Doe", worker for New York Presbyterian EMS Services got off the elevator. At that moment the officers gave him my state "Id". I then told told the EMS Driver I don't need or want medical attention. During this time he was writting out my personal information on a Form Resulting in Account no# 16-7546.

"Obruptly", all five police officers rushed me like a defensive line of a football team. I then put my cellphone into my top pocket still tapping turned around to the wall face & body facing the wall.

They violently handcuffed me, I stated to them, their was no use or justification for

PAGE # 3 OF 6 "Complaint Continued"

The use of force, cause I wasn't Resisting Arrest!

Once they Handcuffed me they put me on the elevator, took me down stairs infront of 39 Broadway, 10006 where the Ambulance was parked, placed me in back of the Ambulance still Handcuffed, Put this strap fair Harnest accross my chest, One off of the Police Officers and the other Driving their squad car followed the Ambulance.

"While", the EMS Drive was Driving I asked the other "John Doe" A029 BLS Worker where were they taking me. They stated "you'll see" unquote!

About 10 minutes later the Ambulance pulled up to a Building. At which time the Police Officer who Road in the Ambulance pulled me out of the Ambulance, walked me threw a Revolving Door, next into a metal Detector, where a Homeland Security officer sat at a Desk.

It was a locked and secure area, where people were not being allowed to leave. He then Police officer sat me Down in a Chair, unhandcuffed me and litterally broke off into a Run and left out!

Then what Appeared to be workers in scru bbs, I Began to ask them questions. They told me that I could not leave and just wait.

"Next", they came with a Bag and confiscated my shoes, cellphone, wallet, debit cards, door keys, metro card etc.

While my cellphone was still ~~tapping~~ tapping these events.

PAGE # 4 OF 6 "Complaint Continued"

It's about 2:00pm Jan. 14th, 2016. Then they hand me a stack of forms and told me to fill them out.
"First" form was the Consent to treatment form under it next was a booklet on the Patients "Bill of Rights".

I then refused to sign the consent for treatment forms, stating to them that I don't need or want treatment "unquote".
"Next", I quoted Sections no #6 & #3 and also Section number #12, and request immediate release from their custody.

At which time the "Jane Doe" Asian decent Doctor appeared! "She stated to me that now you broke the rules" unquote, I said what rule? She stated and I quote Being able to read "unquote"!

They then brung up a streacher with hand restraints, had two big African American males to lift me up! "Put", me onto the streacher tie my hands to the side of the railings. Then she came out with a needle and value of some foreign sub-stance shot me in my right shoulder with it.

I woke up Friday morning around 6:00am on the 18th floor of Bellvue asking questions about my whereabouts.

Every single on of the "John Doe", workers, nurses and doctors refused to answer any questions.

I started reading a Bullitin Board

PAGE # 5 of 6

"Complaint Continued"

I then contacted one Ms. Julian Becker Kent on the afternoon of Jan. 15th, 2016 and requested a trial on Case No# 3639346. She returned my call and scheduled it for Monday at 1:00pm on the 19th floor of Bellvue Hospital.

I never seen or spoke to any Doctors by and per my rights from Jan 14th, 2016 up until Jan. 18th, 2016.

About 30 minutes before courts a psychiatrist (man) approached me, at which time observing my rights I kindly refused his services.

"Next", I was escorted upstairs for court!

During trial Counsel Julian Becker Kent went on record describing the laws and classifications for mental illnesses.

On record "John Doe" male psychiatrist stated he observed "non" of those behaviors with me also stated on record that he never talked to me.

"Next", he read off an libelous assertion report as though he had a conversation with me "Basically", making medical judgments based on non-medical factors.

Afterwards Honorable Judge Haggler allowed me to take the stand.

At which time I testified to the reason why me & Adam "Id" was in the hallway. We actually stepped into the hallway because there three boardrooms were in use, by other new veterans doing intake and the SEP's benefits program was using the big one.

"Also", their were new veterans in the lobby

Page # 6 of 6,

"Complaint Continued"

"So", to talk in private Adam "Id" said let's go out into the hallway.

"After testifying" on why we were out in the hallway. That a priviledge is something that's afforded to one and not all! (Correction)
↑   Correction "Id" ↑   ↓
'A priviledge can not be something that's afforded to one and not all".

"Next", I explained on record these facts plead in this petition. Honorable Judge Mr. Haggler "Ruled", That the state of New York Lack proof by ponderous of evidence that they had probable cause for the seizure, and ordered me released in 24 Hours.

Respectfully Submitted
Rafael A. Jones Sr
12 West 129th St Room # 19
New York, New York 10026
ph# (518) 229-1693
28 USC 1746

Certificate of Service

I certify that all statements on foregoing documents is true to the best of my knowledge under the penalties of purgury this 18th day of March 2016.

RJ Sr

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____ No _____ Do Not Know _____ N/A

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____ No _____ Do Not Know _____ N/A

If YES, which claim(s)?

D. Did you file a grievance in the jail, prison or other correctional facility where your claim(s) arose?

Yes _____ No _____ N/A

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____ No _____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve?

2. What was the result, if any?

N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

*Rev. 01/2010*  4

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:



G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.



Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). # Reverse Bill order No# 16-7546 From Quick med Claims Representing New York Presbyterian Ems P.O. Box 28454, New York, NY 10087-8454 1-888-354-6169 Description A0429, A0425 of 1,402.06 etc intreast and Order Decertification of Debt not Gained In Violation of 4th & 5th Amend USCA Const. Order Punitive Damages in the Amount of 1 Billion Dollars against All Defendants for Violation of 4th 5th Amend USCA Const. That amounts to Kidnapping in Violation of 18USC. Bivens v. Six unknown Federal Narcotics Agents of Bureau of Narcotics (1972) Violation.

*Rev. 01/2010*                                   5

| VI. | Previous lawsuits: |
|---|---|

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

 1. Parties to the previous lawsuit:

 Plaintiff _____
 Defendants _____

 2. Court (if federal court, name the district; if state court, name the county) _____

 ____ 3. Docket or Index number _____
 ____ 4. Name of Judge assigned to your case _____
 5. Approximate date of filing lawsuit _____
 6. Is the case still pending? Yes ____ No ✓

 If NO, give the approximate date of disposition _____

 7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

 1. Parties to the previous lawsuit:

 Plaintiff _____
 Defendants _____

 2. Court (if federal court, name the district; if state court, name the county) _____

 ____ 3. Docket or Index number _____
 ____ 4. Name of Judge assigned to your case _____
 5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes \_\_\_\_ No \_\_\_\_
   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 8TH day of MARCH, 2016

Signature of Plaintiff _____
Inmate Number _____
Institution Address _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 8TH day of MARCH, 2016 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____