UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL ARDEN JONES SR

(In the space above enter the full name(s) of the plaintiff(s).)

"Amended"
**COMPLAINT**

-against-

DR. WIKTORIA BEILSKA
MICHAEL HOLMAN
MILES HOLMAN
PATRICK VENETIC
EWAN MELE
Still "JOHN DOE" COLEMAN

Jury Trial: ☑ Yes ☐ No
(check one)

Biven Action
28 USC. 1331, 1332, & 1333
"Business & Personal Capacity"!
1:16-CV-556 (AJN) (GWG)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 9/12/16

RECEIVED
SDNY PRO SE OFFICE
2016 SEP 12 AM 8

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name RAFAEL ARDEN JONES SR
Street Address 1765 Taunsend AVE. Apt. 5H
County, City BRONX
State & Zip Code NEW YORK 10453
Telephone Number (646) 245-9580

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name DR. WIKTORIA BEILSKA
Street Address 125 WORTH STREET

Amended Complaint

Add on Sheet list of Defendants

#5) Evan Mele
16 Ericsson Place
Manhattan
New York 10013
(212) 334-0611

#6) Still "John Doe Coleman"
unknown
Manhattan
New York

Page #1 of add on

         County, City NEW YORK, NEW YORK
State & Zip Code NEW YORK 10013
Telephone Number #311

Defendant No. 2

Name Michael Holman
Street Address 16 ~~Ericsson~~ ~~Erics~~ Ericsson Place
County, City Manhattan
State & Zip Code NEW YORK 10013
Telephone Number (212) 334-0611

Defendant No. 3

Name Miles Holman
Street Address 16 Ericsson Place
County, City Manhattan
State & Zip Code NEW YORK 10013
Telephone Number (212) 334-0611

Defendant No. 4

Name Patrick Venetic
Street Address 16 Ericsson Place
County, City Manhattan
State & Zip Code NEW YORK 10013
Telephone Number (212) 334-0611

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 1st Amend, 4th Amend, 5th Amend, 6th Amend, 8th Amend, 14th Amend, 19th Amend, 22nd Amend, 24th Amend, & 29th Amend U.S.A. Const.

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship Bronx, NEW YORK
Defendant(s) state(s) of citizenship Manhattan NY

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

09/11/2016

Section C
Facts of Claim add on Sheet
Statement of Claim

#1) I had an appointment with Services For the Under Served Veterans program at 1:00pm. Upon my arrival, I was greeted By the Director one Mr. Adam Wawrynek. He then stated that all the Conference rooms was Filled, and asked me if I mind stepping out into the Hallway For privacy, Due to the lobby of their office Being Filled with new Veteran potential clients. I agreed!

#2) Upon entering the Hallway we Both leaned against the wall next to eachother. Our Discussion was about the Fact that S.U.S "Id" para #1, was offer-ing several Priviledges to certain Veterans an not providing them to the others.
When I explained to him That By Law A Priviledge can not Be afforded to one and not all, he agreed to issue me a weekly metro pass.

#3) "Since", our Business Conversation was over we just started to Kick the Bo,Bo's on Basic Conversation.
About 15 minutes into our Conversation the elevator opened up and Five New York City

Police officer stepped off it under the colors of Law.

They then webbed me and "Adam" "Id" para #1, in against the wall under the colors of Law. "Next", They allowed Adam to move out of their web under the colors of Law. When I asked them ~~what~~ was I under arrest the said no under the colors of Law, But would not allow me to leave. I had took out my cell phone and Began to take the conversation under the colors of Law.

#4) "John Doe Police officer Coleman" told me to turn off my tape recorder, and I then stated it was my Right to tape this under the colors of Law.

"Next", I Began Reading off these police officers names, and asked them again was I under arrest. Under the colors of Law.

Police officers Holman, Millie, & Benetez All stated that I was not under arrest, But I could not leave! under the colors of Law.

I then informed them that this is a violation of the 4th Amend. U.S.C.A. Const. of Illegal Seizures of persons under the colors of Law.

#5) I then offered "John Doe Police Officer Coleman my state Identification, Informing him I had no Holds, warrents, or Detainers and if I have not Committed a crime or Being placed under arrest they can not Continue to Detain me under the Colors of Law.

#6) About 20 minutes latter the Elevator opened again and an Ems Latino work comes off, with a Strecher. "John Doe Police Officer Coleman", handed him my State Identific-ation under the Colors of Law.

I then told the latino Ems Driver that I Did not need medical attention and Refused His service. under The Colors of Law.

#7) I requested that the Ems Driver hand me my Identification. "Then", all Five police officers Closed in on the web Formation pushed me up against The wall, at which time I put my phone into my top pocket still on Record. They then Handcuffed me, under The Colors of Law.

This is a Violation of the 5th Amend U.S.C.A. Const. under The Colors of Law of Coercion under The Colors of Law.

#8) At which time the whole 32 person staff of Services For The Under Served was out in The Hallway, "Adam Wawrzynek" The Direct-or Then asked the whole staff aloud "Did" anyone of ya'll call the police? All of them said no aloud" unquote! under the Colors of Law.

#9) "Next", all Five of the police officers placed me onto the elevator with the latino male EMS Driver, took me Downstairs and put me into the Ambulance. He then sat me down one the side seat and placed this Race Car Hornest around me in seat Belt Fashion, under the Colors of Law.

#10) "Next", The police officer "John Doe Coleman got out of the Ambulance, then got into a patrol Car parked Directly Behind The Ambulan-ce, under The Colors of Law.

I then asked the latino male ambulance Driver where was he taking me? He responded to Bellvue Hospitol" unquote" under The Colors of Law. I notice that the Squad Car Followed Behind the Ambulance that "John Doe Police Officer Coleman got into under The Colors of Law.

#11) The Ambulance pulled up in The Driveway of A Hospital "next" John Doe Police officer Coleman", got into the Ambulance, unseat Belted me grabbed me By The arm, took me into the door, down The Hallway, into a Secured door, Buzzed in sat me down into a chair, Removed The Hand cuffs and quickly exited The Secure door he Brung me threw. This was done under The Colors of Law.

#12) I noticed two homeland Security officers, one sitting at The desk and another one standing By a metal detector machine. under The Colors of Law.

I then asked them where was I at, at which time they responded wait For the doctor and have a seat. This was all done under The Colors of Law.

#13) About 20 to 30 minutes later Dr. Wiktoria Beilska Came From out of an office locked And Secured By a steal Framed Glass casing, next She Handed me a stack of papers and a Booklet. and ordered me to Fill them out. This was done under The Colors of Law.

#14) She then left and went Back into the office. I Began to Read the Forms and Booklet she gave me. I Refused to sign the Consent to treatment Form which was the First page! Under The Colors of Law. "Next", I Began to Read the Booklet, which was titled the "Patients Bill of Rights", when DR. Wiktoria Beilska returned, I then quoted Sections # 3 and Section # 6 and Requested my immediate Release From the Hospital! This was done under the Colors of Law.

#15) DR. Wiktoria Beilska, then said and "I quote", you Broke the rules, I then asked what rules did I Break? She then said "you Know how to Read" unquote. This was done under the Colors of Law. 'She', then ordered two African American orderlies to Bring in a strecher. They then picked me up placed me onto the strecher, grabbed Both of my wrists and strapped them to the side of the strecher. DR. Wiktoria then Reached into her side pocket grabbed a seringe and a glass valve full of a Foreign liquid Filled the seringe up and injected it into my Right Shoulder. This was done

under the Colors of Law.

#16) The next thing I Know I woke up on the 18th Floor of Bellvue Hospital Psyc ward asking questions two days, latter.
All the nurses were none Respondent to answer -s of my wereAbouts.
I then went over to the ~~Bulletin~~ Bulletin Board and Read it. "Next", I went to their pay phone and called Attorney Julian Becker Kent and Requested A Court Hearing as soon as possible. This was done under the Colors of Law.

#17) After Five days at 2:00pm, Case # 363934-6, Honorable Judge Haggler Ruled that the state of New York lacked Beyond A Reasonable doubt sufficient evidence or proof to even had me in custody after I testified to why I was at S.U.S. Id plaza #1 office. "Next", he Ordered my Release From custody. Under the Colors of Law.

# 18) During those Five days I refused to talk to any of the Doctors, and By Law they can not make medical Judgments Based on non medical Factors. Under the Colors of Law.

#19) Upon my Release, I came to US Dist Courts to File Bivens Actions under the Colors of Law.

"Who else saw What Happened"

#1) While Police Officers Had me webbed in, At the Hallway on 11th Floor out side of Services For The Under Served Suite At 49 Broadway New York, NY 10006 The whole 32 person staff came out into the Hallway. At which time Director Adam Wawrzynek asked his whole staff if they called the police? At which time they all responded no! to his question "inquire". This was done under the colors of Law.

#2) Defendants Attorney is attempting to Commit Fraud Upon these Honorable Courts in Violation of Fed.R Civ.P. 16(b).

It is well known that the act in itself is evidence By law For trial! His Petitions are actions of Racial Profiling as to the Knowledge of our laws I possess..

"His clients have no immunity or Shelter"! "nor" have they Fully Complied with this Honorable Courts Valentine Order Before He's Filing a Summary Judgment Petition!

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 11th Floor Hall way of 49 Broadway, New York, NY. 10006

B. What date and approximate time did the events giving rise to your claim(s) occur? Jan. 14th, 2016 At 1:18 pm

C. Facts: "Add on Sheet"

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

*1) Adam Wawrzynek and the whole 31 member
#2) Staff at work of Services for the Under Served
#3) Suite unit 1110 All came into the Hallway and ask
#4- Ed who called the police?

IV. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I did not sign a Consent for Treatment Form, and Denied All medical Attention, Also refused to speak or talk to any of their Doctors.
By law the Doctors can not make medical Judgments Based on non medical Factors. Under the colors of Law.

*Rev. 0: '2010*

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Under 28 USC 2680 Sections 266 & 327 266 & 327 these Defendants have no shelter under the colors of laws! Due to Violations of the Fourth & Fifth Amend. U.S.C.A. Const. Giving me a liberty Interest Claim For Violations of 565.110 V.A.M.S. Kidnapping. Under the Patriot Act 1991 18 USC These actions are defined as acts of Domestic Terrorism! Actions that are dangerous to Human life! As stated in Defining the Act of Domestic Terrorism By our Form President Mr George W. Bush and I quote: Where the Constitution is Being Violated and the Policies and laws are not Being followed, there could only exist one thing in its place, and that's Domestic Terrorism! unquote." These Defendants actions made me a Victim of Terrorism and Under 18 USC Sec 612, Sec 623 Title VI Providing For Victims of Terrorism (Domestic) I seek Punitive Damages of 1 Billion Dollars, And For Court to Refer this case For prosecution?

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 11th day of September, 2016.

Signature of Plaintiff [signature]

Mailing Address 1765 Townsend Ave / Apt 5H

Bronx, New York 10453-7688

E-mail Rafael100.Jones@outlook.com

Telephone Number (646) 245-9580

Fax Number *(if you have one)* N/A

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _______________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ______________________

Inmate Number ______________________