_____Date:_____
Nov.26th,2018

United States District Courts Of new York
Southern District of New York

Rafael A. Jones,
           Plaintiff,

  -against-

Michael Holman,et.al,
           Defendants,

Plaintiff's Motion
To Compel Discovery

1-16-cv-556 (AJN)(GWG)

Plaintiff's Motion To Compel Discovery Pursuant to
United States v, Richard M. Nixon (1974) of Content
Of Intial Disclosers Under Fed. r. Civ. P.26(a)26(b)
26(f):

Wherefore Plaintiff-Petitioner states these mitigating facts for these honorable courts.

1). Defendants nor there Counsel of Records one Mr. Christoopher Arco has delivered to plaintiff any of the defendants conduct records.
2). Plaintiff also sites found Violations of the InterState Commerce Clause of Patriot act of 1991,(Mail Fraud or Theft),290.140 V.A.M.S.,(Stealing by Deciet)570.030 V.A.M.S..
(A), On October 28th,2018 I discoved that someone used my Name and address to have my mail transfered over to the united states Post Office over in Queens at the 1834 Mott Ave post office located at 1834 Mott Ave. Far rockaway, new york 11691 address to pick it up from their mail pickup window. United States Postal Inspector General Investigation no# CA140197328.
(B). Cellphone number of (347)822-3164 was attacked to the pick up person. upon my investigation. On the first two calls to that number a male answered the phone. Two days later after the postal Inspector general called. A juvenile female answered. At which time she volunta-arly stated in several text messages that her father who is a police officer gave her the phone three days ago! (unquote).

3). Wherfore Plaintiff states for these honorable courts, Possession is a legal concept,it involves two things, a present or, in the case of constructive possession a past ability to control the thing possessed plus an intent to keep others from such contool. See: State v. Shain, supra,152 S,W.2d.1,c.177(5-8).

        Laws And Evidence V.A.M.S. 510.310 (4)R.S.M.O.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/18

1). In count case, it is our duty to "review" the case upon both the law and the evidence as in suits of an equitable nature. Scott v. empland, Mo. 264 S.W. 2d.349,355(10).

Wherefore Plaintiff- Petitioner request to Compel Discovery on these items:
(A). All seven of Plaintiff's Administrative Grievences filed with Services for the Underserved.
Five were turned into to Adam Wawrynek address of 39 Broadway suite 1120.
Two Administrative Grievences turned into Nicole Robinson addeess of 39 Broadway suite 1120.

2). All Housing Complaints filed by Plaintiff-Petioner with the Mayors Housing division from Jan.1st. 2015until Jan.1st.2017. All Complaints filed with the Mayors email complaint online forms directly with his office. ( Mayor Mr. Bill De'Blasio).
(A). All Complaints filed with our United states veterans Administration agency From Jan. 1st. 2015 up until Jan. 1st.2017.
(B). All Complaints filed with Governor Andew Coumo's office, under Housing complaints.
(C). Consumer Protection Bureau Complaint on Housing filed from Jan.1st.2015 up until Ja, 1st. 2017.
(D). Attorney general Office of the State of New York under Housing and Economy by Plaintiff.
Whereas Plaintiff- petitioner  states that he must recieve an equal sense of justice to establish charater. Tebbe v.Tebbe223,Mo.App. 1106,21 S.W. 2d.915,918.

   Wherefore Plaintiff- Petitioner Requests these honorable courts grant and Order plaintiff's request for and for Defendants to produce these items? "ID",418 U.S.638 (1974).

                              Respectfully submitted
                              Mr. Rafael A. Jones
                              1765 Townsend ave. apt. 5h
                              Bronx, New York 10453-7688
                              Phone# (646)245-9580

         28 U.S.C. 1746
         Certificate of service
I certify that all statements on foregoing docuements is true to the best of my knowledge under the penalities of purgury this 26th day of November 2018.

                                        _____
                                        Signiture