UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
RAFAEL ARDEN JONES, SR.
:
                    Plaintiff,              ORDER
:
   -v.-
:         16 Civ. 556 (AJN) (GWG)
:
MILES HOLMAN, et al.
:
                  Defendants.    :
------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      The Court is in receipt of plaintiffs letter of November 26, 2018, entitled "Plaintiff's Motion to Compel Discovery." (Docket # 164). The first sentence of that letter complains that defendants have not sent him "conduct records." In their response of November 30, 2018 (Docket # 166), defendants state that disciplinary records of defendants were provided to plaintiff's pro bono "deposition counsel." Plaintiff should contact his attorney to obtain these records. If there is any remaining dispute, plaintiff or his attorney should telephone Mr. Arko to try to resolve the dispute before writing any further letter to the Court.

      Plaintiff's letter also reflects a request for certain "administrative grievances." Defendants state that they are in the process of obtaining such records based on plaintiff's authorization. Defendants shall produce these records within 7 days after they receive them.

      The remainder of plaintiff's letter seeks records relating to matters unrelated to the case pending before this Court. Any request for relief with respect to such records is denied.

      SO ORDERED.

Dated: December 3, 2018
       New York, New York

                                        GABRIEL W. GORENSTEIN
                                      United States Magistrate Judge

Copy sent to:

Rafael Arden Jones, Sr.
1765 Townsend Avenue, Apt. 5H
Bronx, NY 10453