```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
RAFAEL ARDEN JONES, SR., :
:
               Plaintiff, :    16 Civ. 00556 (AJN) (GWG)
:
            v. :    NOTICE OF WITHDRAWAL OF
:    LIMITED *PRO BONO* COUNSEL
STATE OF NEW YORK ET AL., :
:
              Defendant. :
:
:
----------------------------------------------------------- x

To the Clerk of this Court and all parties of record:

    I, Irene Weintraub, limited *pro bono* counsel for Plaintiff Rafael Arden Jones, Sr. pursuant to the Notice of Appearance, dated March 22, 2018 (Dkt. No. 134), have completed the representation of Plaintiff at the depositions of Defendants P.O. Miles Holman and P.O. Patrick Venetek and am therefore withdrawing as limited counsel for Mr. Jones in the above-captioned case. As previously agreed to with the Plaintiff and the New York Legal Assistance Group ("NYLAG"), I have notified NYLAG's Legal Clinic for Pro Se Litigants that I am now withdrawing and will no longer represent Mr. Jones with regard to other discovery-related issues.

Dated: New York, New York
       July 12, 2018

By: _____
      Irene Weintraub

*Kramer Levin Naftalis & Frankel LLP*
1177 Avenue of the Americas
New York, NY 10036
*Tel.*: (212) 715-9462
*Fax*: (212) 715-8462
*Email*: IWeintraub@kramerlevin.com

Granted.
SO ORDERED: DATE: 02/4/18
_____
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE