UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOV 2 1 2019

Rafael Arden Jones, Sr.,

Plaintiff,

-against-

Miles Holman, *et al.*,

Defendants.

16-CV-556 (AJN)

ORDER

ALISON J. NATHAN, United States District Judge:

On October 28, 2019, the Court received from Plaintiff a "Request for Review of Judgement" that it interprets as a motion for reconsideration of the September 25, 2019 judgment entered in favor Defendants. Plaintiff's filing is largely directed towards relitigating discovery disputes. The time to revisit these matters has long since passed. Under Local Civil Rule 6.3, "a notice of motion for reconsideration or reargument of a court order determining a motion shall be served within fourteen (14) days after the entry of the Court's determination of the original motion." The deadlines to move for reconsideration of discovery disputes were months ago. To the extent that Plaintiff seeks reconsideration of the Court's September 24, 2019 summary judgment opinion, the deadline to make such a motion was October 9, 2019. However, Plaintiff's filing is dated October 26, 2019. Plaintiff's motion is therefore DENIED as untimely.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Chambers will mail a copy of this Order to Plaintiff and note the mailing on the public docket.

1

This resolves Dkt. No. 193.

SO ORDERED.

Dated:    November ___ 2019
          New York, New York

_____
            ALISON J. NATHAN
          United States District Judge