UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

Rafael Arden Jones, Sr.,

                Plaintiff,

-against-

Miles Holman, *et al.*,

                Defendants.



JAN 0 6 2020

16-CV-556 (AJN)

ORDER

ALISON J. NATHAN, United States District Judge:

On January 2, 2020, the Court received a letter from Plaintiff indicating that he was unaware that the Court had issued a decision on his "Request for Review of Judgement." *See* Dkt. No. 199. However, in its November 21, 2019 Order, the Court denied Plaintiff's request, which it interpreted as a motion for reconsideration. *See* Dkt. No. 197.

Chambers will mail a copy of this Order and its November 21, 2019 Order to Plaintiff and note their mailing on the public docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: January \_\_\_\_, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1